**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Francisco Javier FLORES–JIMENEZ,**
**Defendant–Appellant.**

Nos. 12–41241, 12–41248
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Francisco Javier Flores–Jimenez, Oklahoma City, OK, pro se.

Margaret Christina Ling, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Francisco Javier Flores–Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Flores–Jimenez has not filed a response. We have reviewed counsel's brief and the relevant portions of the records reflected therein. We concur with counsel's assessment that the consolidated appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.